# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAM HUYNH,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al*.,

    Defendants.

Case No. 2:08-cv-1125-LDG (PAL)

**ORDER**

    Defendants Mortgage Electronic Registration Systems, Inc. and Countrywide Home Loans move to dismiss the plaintiff's claims against them (#6).  As the plaintiff, Sam Huynh, is proceeding *pro se*, the court notified him that he had fifteen days to file points and authorities in opposition to the dispositive motion (#8).  Huynh has not filed points and authorities, thereby "consent[ing] to the granting of the motion."  Local Rule 7-2(d).  Accordingly,

    THE COURT **ORDERS** that Defendants' Motion to Dismiss (#6) is GRANTED.  Plaintiffs claims are DISMISSED as against Mortgage Electronic Registration Systems, Inc. and Countrywide Home Loans.

    DATED this \_\_14\_\_ day of October, 2008.

_____
Lloyd D. George
United States District Judge